FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH©, *SP/C, 5% Nation of Islam,*  Petitioner,  v.  DEAN MASON, *doing business as Sup. of WCC,*  Respondent. | No. 2:25-cv-00064-SAB  **ORDER DISMISSING ACTION** |

On February 20, 2025, Petitioner, a prisoner at the Washington Corrections Center in Shelton, Washington, filed a *pro se* document titled, "Petition for a Writ of Habeas Corpus," which is captioned for his 2013 criminal case in the Eastern District of Washington. ECF No. 1. The initial Petition was unsigned, but Petitioner corrected this deficiency on February 25, 2025. ECF No. 3.

On March 24, 2025, Petitioner paid the $5.00 filing fee for this action. Therefore, the Clerk of Court shall **TERMINATE** the deadline associated with the Order to Comply with Filing Fee/*In Forma Pauperis* requirements, ECF No. 6.

On April 14, 2025, Petitioner filed an Amended Petition for Writ of Habeas Corpus, consisting of four pages, ECF No. 7. An amended pleading functions as a complete substitute to a prior pleading. *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927

ORDER DISMISSING ACTION -- 1

(9th Cir. 2012). Therefore, the Court will proceed with the Petition received on April 14, 2025, as the operative petition in this action.

Petitioner seeks to compel the named Respondent to "appear and produce the authority and Judgment that names ALLAHNone, and by what Law and Constitutional Authority, is Dean Mason, Sup. of WCC, holding Allah© using a Judgment From U.S.D.C. East. Dist. Spokane, No. CR-13-112-ALH/TOR, that names Edwin R. Coston, and if no Authority then be shown, that Dean Mason, Sup. of WCC, Immediately Release Allah©, with all Property, Transportation, and Compensate Allah© with a Certified Check, made out to 'Allah©' for $50,000.00 dollars, upon Immediate Release." ECF No. 7 at 1–2 (as written in original). This is the eighteenth habeas action Petitioner has filed in this District since 2010. His repeated assertions regarding the name(s) under which he is detained do not warrant federal habeas relief.

The Court notes Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 was denied. *See United States v. Edwin Randal Coston, also known as Allah*, No. 2:13-cr-00113-TOR (E.D. Wash June 27, 2022). On March 19, 2024, that Court denied a Motion to Validate Judgment, finding the Judgment entered in that case contained "both his former and new name: 'EDWIN RANDAL COSTON aka ALLAH.'" *Id.* ECF No. 216. The Court declines to entertain Petitioner's arguments further.

Accordingly**, IT IS HEREBY ORDERED**:

1. The Amended Petition for a Writ of Habeas Corpus, ECF No. 7, **is DENIED** and this action is **DISMISSED with prejudice.**

//
//
//
//
//

ORDER DISMISSING ACTION -- 2

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Therefore, a certificate of appealability is **DENIED.**

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and forward a copy to Petitioner. The Clerk of Court shall **close** the file.

**DATED** this 18th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING ACTION -- 3